IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THELMA WILLIAMS**                                                    **PLAINTIFF**
**#09289.20**

v.                      No. 4:20-cv-1238-DPM

**MUSSIOIQ**, Sergeant, Pulaski
County Jail; **MUNNS**, Nurse,
Pulaski County Jail; **COMPTON**,
Nurse, Pulaski County Jail; **ATWOOD**,
Lieutenant 1900, Pulaski County Jail;
**NEWBURN**, Sergeant, Pulaski County
Jail; **BANKS**, Classification Office,
Pulaski County Jail; **ALLEN**, Nurse,
Pulaski County Jail; and **YOUNG**,
Nurse, Pulaski County Jail                         **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Williams hasn't paid the filing and administrative fees in this case; and his motion to proceed *in forma pauperis* is futile because he is a three-striker. Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Williams v. Gibson*, No. 5:07-cv-178-SWW; *Williams v. Bennett*, No. 5:07-cv-179-JMM; and *Williams v. White*, No. 5:10-cv-361-BSM. Further, Williams's complaint, amended complaint, and supplement don't show that he's currently in imminent danger of serious physical injury. Doc. 2, 4 & 5; 28 U.S.C.

§ 1915(g). Williams does claim that he suffered unnecessarily in connection with a bad tooth; but he acknowledges that the tooth was pulled on 27 October 2020, less than two weeks after this action was filed. *Doc. 5 at 10*. Because the risk of imminent danger has ended, Williams may not proceed *in forma pauperis*. *Doc. 31 in McAlphin v. McConnell*, E.D. Ark. No. 5:19-cv-361-DPM. His motion, *Doc. 3*, is denied.

**3.** Williams's motion to amend, *Doc. 11*, is denied. The events described in the proposed amendment occurred after Williams's complaint was filed in October. Williams must exhaust his administrative remedies before he can file a lawsuit about those new events. *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003).

**4.** Williams's motion for copies, *Doc. 6*, is granted. As best the court can tell, Williams is requesting copies of his 9 November 2020 amended complaint and supplement, *Doc. 4 & 5*. The Court directs the Clerk to send Williams copies of those papers with this Order.

**5.** Williams's complaint will be dismissed without prejudice. His motions for summary judgment, *Doc. 7-10 & 12*, are denied without prejudice as moot. If Williams wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 4 March 2021. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021