# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THELMA WILLIAMS**                                                  **PLAINTIFF**
**#09289.20**

v.                      No. 4:20-cv-1238-DPM

**MUSSIOIQ, Sergeant, Pulaski
County Jail; MUNNS, Nurse,
Pulaski County Jail; COMPTON,
Nurse, Pulaski County Jail; ATWOOD,
Lieutenant 1900, Pulaski County Jail;
NEWBURN, Sergeant, Pulaski County
Jail; BANKS, Classification Office,
Pulaski County Jail; ALLEN, Nurse,
Pulaski County Jail; and YOUNG,
Nurse, Pulaski County Jail**                        **DEFENDANTS**

## JUDGMENT

Williams's complaint and amended complaint are dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021