IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THELMA WILLIAMS                                            PLAINTIFF
#09289.20

v.                    No. 4:20-cv-1238-DPM

MUSSIOIQ, Sergeant, Pulaski
County Jail; MUNNS, Nurse,
Pulaski County Jail; COMPTON,
Nurse, Pulaski County Jail; ATWOOD,
Lieutenant 1900, Pulaski County Jail;
NEWBURN, Sergeant, Pulaski County
Jail; BANKS, Classification Office,
Pulaski County Jail; ALLEN, Nurse,
Pulaski County Jail; and YOUNG,
Nurse, Pulaski County Jail                                 DEFENDANTS

## ORDER

Motion to amend and motion for summary judgment, *Doc. 16*, denied. Nothing in Williams's new papers warrants relief from the 2 February 2021 Judgment and final Order. *Doc. 13 & 14*.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2021